*B. K. Elliott* and *J. S. Harvey,* for appellee.

———————•◦•———————

ROBB *v.* THE CITY OF INDIANAPOLIS.

APPEAL from the Marion Common Pleas.

BUSKIRK, J.—This case is similar to, and involves the same questions discussed and decided in *Robb* v. *The City of Indianapolis*, at this term, *ante*, p. 49; and on the authority of that case, we hold that the judgment in this case should be reversed.

The judgment is reversed, with costs; and the cause is remanded, with directions to the court below to dismiss the action.

*E. W. Kimball* and *E. H. Lamme,* for appellant.

*B. K. Elliott* and *J. S. Harvey,* for appellee.